FILED
JUN 14 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 2:06CR 147-WKW |
| v. ) | [21 USC 846; |
| ) | 18 USC 2; |
| TAVARES MABSON, ) | 21 USC 841(a)(1); |
| RICARDO CAJERO, ) | 18 USC 924(c)] |
| ** LUIS ~~LOUIS~~ HERNANDEZ-ARELLANO and ) | |
| TARAMESHA FOUNTAIN ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From an unknown date and continuing to on or about May 6, 2006, the exact dates being unknown to the Grand Jury, in Montgomery County, Alabama, within the Middle District of Alabama and elswhere,

TAVARES MABSON,
RICARDO CAJERO,
** LUIS ~~LOUIS~~ HERNANDEZ-ARELLANO, and
TARAMESHA FOUNTAIN,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute cocaine and more than 1,000 kilograms of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

That from an unknown date, and continuing thereafter up to May 6, 2006, the exact dates being unknown to the Grand Jury, in

SCANNED

Montgomery, Alabama, within the Middle District of Alabama, and elsewhere,

TAVARES MABSON,
RICARDO CAJERO,
** LUIS ~~LOUIS~~ HERNANDEZ-ARELLANO, and
TARAMESHA FOUNTAIN,

defendants herein, did knowingly and intentionally possess and did aid and abet each other to possess with intent to distribute, approximately 240 pounds of marijuana, a Schedule I Controlled Substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

COUNT 3

That on or about April 19, 2006, in Montgomery, Alabama, within the Middle District of Alabama,

TAVARES MABSON,

defendant herein, did knowingly and intentionally distribute approximately 7.1 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 4

On or about May 5, 2006, in Montgomery, Alabama, within the Middle District of Alabama,

TAVARES MABSON,
RICARDO CAJERO,
** LUIS ~~LOUIS~~ HERNANDEZ-ARELLANO, and
TARAMESHA FOUNTAIN,

** NAME CORRECTED ON 3/20/07 pursuant to ORAL ORDER

2

defendants herein, knowingly used, carried and possessed a firearm, namely, a Jennings, .22 caliber pistol, Serial Number 614216; a Taurus, .357 caliber pistol, Serial Number QF533509, a Ruger, .22 caliber revolver, Serial Number 22056927, during and in relation to, and in furtherance of, a drug trafficking crime as set forth in Counts 1 and 2 above and which allegation the Grand Jury reallege and incorporate by reference herein, for which they may be prosecuted in a Court of the United States, that is possession with intent to distribute cocaine base, cocaine, and marijuana, and conspiracy to possess with intent to distribute cocaine base, cocaine, and marijuana, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
Terry F. Moorer
Assistant United States Attorney