UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06cr147-WKW |
| | ) | |
| RICARDO CAJERO | ) | |
| | ) | |

O R D E R

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the

opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that

the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD

PROSEQUENDUM addressed to the Montgomery County Jail, Montgomery, AL, commanding

them to deliver the said prisoner, RICARDO CAJERO, to any United States Marshal or Deputy

United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court

at Montgomery, Alabama, for arraignment at 10:00 am on June 29, 2006, and to return said prisoner,

to said official when the Court has finished with him.

DONE this the _____ day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE