IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 2:06cr147-WKW |
| ) | |
| RICARDO CAJERO ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   MONTGOMERY COUNTY JAIL
                                   AT   MONTGOMERY, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **RICARDO CAJERO**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom **5-B** of said Court, in the City of **MONTGOMERY, ALABAMA**, on **JUNE 29, 2006**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 19th day of June, 2006.

                    DEBRA P. HACKETT, CLERK
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF ALABAMA

                    By: /s/
                        Deputy Clerk