| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: June 29, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:39 - 10:55 | |

√ ARRAIGNMENT     ☐ CHANGE OF PLEA     ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr147-WKW      **DEFENDANT NAME:** Ricardo Cajero
**AUSA:** Terry Moorer      **DEFENDANT ATTORNEY:** Michael Petersen

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; (√)YES     Name: Beverly Childress

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**     √ Not Guilty
       ☐ Guilty as to:
           ☐ Count(s):
           ☐ Count(s):           ☐ dismissed on oral motion of USA
                                  ☐ to be dismissed at sentencing
☐ Written plea agreement filed    ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ CRIMINAL TERM:        ☐ WAIVER OF SPEEDY TRIAL filed.
       **DISCOVERY DISCLOSURE DATE: June 30, 2006**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
       ☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
       ☐ Trial on _____; or ☐ Sentencing on _____

**Mr. Petersen wants to defer setting this on cr term until he can contact possible appointed counsel in Texas.**
**Court gives Mr. Peterson until tomorrow to determine cr term and advise the Court.**
**Counsel to file motion for hearing if defendant is released from State custody**