IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Case No.: 2:06-CR-147-WKW |
| | ) | |
| **RICARDO CAJERO** | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND NOTICE OF SUBSTITUTE RETAINED COUNSEL**

**COMES NOW** the undersigned counsel, for Ricardo Cajareo, and files this Motion to Withdraw as Counsel of Record and Notice of Retention of Counsel on behalf of Defendant Ricardo Cajareo. In support of this Motion, counsel states the following:

1. On June 29, 2006, the Federal Defender Office was appointed to represent Ricardo Cajareo with respect to the criminal charges he faces in the above-styled case at the Defendant's Initial Appearance and Arraignment. The case was then assigned to undersigned counsel, Michael J. Petersen.

2. At the time of the Defendant's Initial Appearance and Arraignment on June 29, 2006 before the Honorable Magistrate Judge Susan R. Walker, it was determined that the Defendant, Ricardo Cajareo, had retained the services of private counsel from the State of Texas. However, the name and contact information for said counsel was unavailable. As the Defendant qualified for appointment of counsel, the Federal Defenders Office was appointed.

3. On June 29, 2006 undersigned counsel spoke by telephone with Cal Villarreal, attorney at law, who stated to the undersigned that he had been retained to represent Ricardo Cajareo in all further proceedings in this case. Mr. Villarreal's contact information is as follows:

1

        Mr. Cal Villarreal, Esq.
        205 W. Main
        Rio Grande City, Texas
        (956) 487-3739

4.    Undersigned counsel has made Mr. Villarreal aware of issues involving waiver of speedy trial, dates of trial terms, the Court's Oral Order directing that the Court be presented with Notice on or before close of business on June 30, 2006 of the Defendant's preference as to his right to speedy trial, and will forward discovery to Mr. Villareal when it is provided by the United States Attorney's office.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Cajero and that attorney, Cal Villarreal, be substituted to represent him.

Dated this 29th day of June 2006.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| V.                                                    ) | Case No.: 2:06-CR-147-WKW |
| ) | |
| RICARDO CAJERO                        ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Terry F. Moorer, Esquire
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104

I hereby certify that on June 29, 2006, I served a copy of the foregoing on Cal Villarreal, Exq. by first class mail, postage prepaid at the his office, located at 205 W. Main St., Rio Grande City, Texas, 78582-3652.

>Respectfully submitted,

>s/ Michael J. Petersen
>MICHAEL J. PETERSEN
>Assistant Federal Defender
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>E-mail: michael_petersen@fd.org
>ASB-5072-E48M