IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Case No.: 2:06-CR-147-WKW |
| | ) | |
| **RICARDO CAJERO** | ) | |

**NOTICE OF INTENT TO WAIVE SPEEDY TRIAL
FOR REASONS OF JUSTICE**

**COMES NOW** the undersigned counsel, for Ricardo Cajareo, and files this Notice of Intent to Waive Speedy Trial. In support of this Motion, counsel states the following:

1. On June 30, 2006, retained counsel, Cal Villarreal of Rio Grande City, Texas contacted undersigned counsel and stated his client's intent to waive speedy trial. Mr. Villarreal stated in a voice message that he would be in Montgomery, Alabama on Wednesday, the 5th of July and will have his client execute said waiver and will simultaneously file notice of appearance of substitute counsel on that day.

2. Mr. Villarreal asks this Court to consider his client's waiver in the interests of justice due to the following facts:

   a. Counsel's office is out of state;

   b. This is a multi-defendant matter and the discovery is expected to be considerable due to the fact that the matter has come before this Court on an indictment rather than a complaint;

   c. Retained counsel was required to make travel arrangements and adjust his schedule in order to travel to Montgomery, Alabama to consult with his client;

    d. To disallow Mr. Cajero to be represented by his choice of retained counsel would violate the 6th Amendment of the Federal Constitution. *See U.S. v. Gonzalez-Lopez*, --- S.Ct. ----, 2006 WL 1725573 U.S. (2006) (holding an element of the Sixth Amendment right to counsel is the right of a defendant who does not require appointed counsel to choose who will represent him.).

    e. That a waiver of speedy trial has been filed by at least one of the co-defendants, who has requested that this matter be placed on the October 2006 trial term and whose request has been granted;

    f. That a trial of the four defendants at the same time would act to assist in judicial economy and the best utilization of this Court's resources.

  WHEREFORE, undersigned counsel prays that this Court accept Mr. Cajero Notice of Intent to Waive Speedy Trial and find that such waiver is in the best interest of justice and assign this matter to the October 2006 trial term.

  Dated this 30th day of June 2006.

              Respectfully submitted,

              s/ Michael J. Petersen
              MICHAEL J. PETERSEN
              Assistant Federal Defender
              201 Monroe Street, Suite 407
              Montgomery, Alabama 36104
              Phone: (334) 834-2099
              Fax: (334) 834-0353
              E-mail: michael_petersen@fd.org
              ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **Case No.: 2:06-CR-147-WKW** |
| ) | |
| **RICARDO CAJERO** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Terry F. Moorer, Esquire
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104

I hereby certify that on July 5, 2006, I served a copy of the foregoing on Cal Villarreal, Esq. by hand delivery.

> Respectfully submitted,
>
> s/ Michael J. Petersen
> MICHAEL J. PETERSEN
> Assistant Federal Defender
> 201 Monroe Street, Suite 407
> Montgomery, Alabama 36104
> Phone: (334) 834-2099
> Fax: (334) 834-0353
> E-mail: michael_petersen@fd.org
> ASB-5072-E48M