IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:06-cr-147-WKW |
| | § | |
| RICARDO CAJERO | § | |

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES, **CALIXTRO VILLARREAL, JR.** and respectfully moves this Honorable Court for an Order permitting her to appear pro hac vice for the Defendant, **RICARDO CAJERO** in the above referenced case.

In support thereof, **CALIXTRO VILLARREAL, JR.**, states as follows:

1. I am a member of good standing of the bars of the following Courts: Texas Supreme Court, and Western District of Texas, San Antonio Division. A copy of Certificate of Good Standing from the Western District of Texas, San Antonio Division has been attached hereto and marked as Exhibit "A".

2. I am a partner/associate in the Law Offices of Calixtro Villarreal, Jr. 205 W. Main, Rio Grande City, Texas, attorney for the Defendant.

3. I will faithfully abide by the Rules of this Court.

WHEREFORE, **CALIXTRO VILLARREAL, JR.** respectfully requests this Honorable Court to grant an Order permitting him to appear pro hac vice on behalf of the Defendant, **RICARDO CAJERO**, in the instant action.

Respectfully submitted,

Law Offices of Calixtro Villarreal, Jr.
205 W. Main
Rio Grande City, Texas 78582
Tel: (956) 487-3739
Fax: (956) 487-8670

By: _____
Calixtro Villarreal, Jr.
State Bar No.: 20581905

## CERTIFICATE OF SERVICE

I, Calixtro Villarreal, Jr., counsel for Defendant, do certify that a true and correct copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** has been forwarded to the Assistant United States Attorney Terry F. Moore, Middle District of Alabama, Northern Division, at One Court Square, Suite 201, Montgomery, Alabama on this the _____ day of June 2006.

                                                    Calixtro Villarreal, Jr.

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  
WESTERN DISTRICT OF TEXAS } ss.

I, **WILLIAM G. PUTNICKI**, CLERK of the United States, Western District of Texas,

DO HEREBY CERTIFY That <u>Calixtro Villarreal, Jr.</u>, Texas State Bar Number **20581905**, was duly admitted to practice in said Court on **January 7th 2000** and is in good standing as a member of the bar of said Court.

DATED at San Antonio, Texas  
on March 24th, 2005

WILLIAM G. PUTNICKI, CLERK

By: _____  
Wayne Garcia, Deputy Clerk

**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 2:06-cr-147-WKW** |
| | § | |
| **RICARDO CAJERO** | § | |

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

On this the _____ day of _____ 2006, came on to be considered the Defendant's Motion for Admission Pro Hac Vice, and said motion is hereby:

_____ GRANTED.

_____ DENIED.

SIGNED on the date set forth above in Montgomery, Alabama.

_____
**UNITED STATES DISTRICT JUDGE**


cc:   Law Offices of Calixtro Villarreal, Jr.
      205 W. Main
      Rio Grande City, Texas 78582
      Tel: (956) 487-3739
      Fax: (956) 487-8670


cc:   Assistant United States Attorney
      Terry F. Moore
      One Court Square, Suite 201
      Montgomery, AL 36104
      Tel. (334) 223-7280
      Fax. (334) 223-7135