IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA §
§
VS. § CRIMINAL NO. 2:06-CR-147-WKW
§
RICARDO CAJERO §

### NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT and ALL PARTIES OF RECORD:**

NOW COMES, **CALIXTRO VILLARREAL, JR.,** the undersigned Attorney and files this Notice of Appearance on behalf of **RICARDO CAJERO** in the above reference cause. Undersigned has been retained and all notice should be sent to Counsel.

Respectfully submitted,

Law Offices of CALIXTRO VILLARREAL, JR
205 West Main Street
Rio Grande City, Texas 78582
Telephone No. 956/487-3739
Facsimile No. 956/487-8670

By: _____
CALIXTRO VILLARREAL, JR.
State Bar No. 20581905

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Calixtro Villarreal, Jr., attorney for the Defendant in the above and foregoing **Notice of Appearance**, do hereby certify that a copy of the same has been forwarded to Mr. Michael Peterson, United States Public Defenders Office, at 201 Monroe St., Ste. 407, Montgomery, Alabama 36104, and Terry F. Moore, Assistant United States Attorney at One Court Square, Suite 201, Montgomery Alabama 36104, on this the 7th day of July 2006.

_____
Calixtro Villarreal, Jr.