IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. 2:06-CR-147-WKW |
| | § |
| RICARDO CAJERO | § |

## MOTION FOR SUBSTITUTION OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

This Motion for Substitution of Counsel is brought by **RICARDO CAJERO**, Defendant. Defendant requests to this Honorable Court to substitute Mr. Calixtro Villarreal, Jr., Attorney at Law, 205 W. Main, Rio Grande City, Texas 78582, in place of Mr. Michael Peterson, United States Public Defender, 201 Monroe St., Ste. 407, Montgomery, Alabama 36104.

**WHEREFORE**, Defendant prays that this Honorable Court grant this motion and order that Calixtro Villarreal, Jr. be substituted for Mr. Michael Peterson, United States Public Defender, 201 Monroe St., Ste. 407, Montgomery, Alabama 36104.

Respectfully submitted,

Law Office of Calixtro Villarreal, Jr.
205 West Main Street
Rio Grande City, Texas 78582
Telephone No.: 956/487-3739
Facsimile No.: 956/487-8670

By:_____
Calixtro Villarreal, Jr.
State Bar No.: 20581905

Approved:

*/s/ Ricardo Cajero*
**RICARDO CAJERO**
Defendant

*/s/ Michael Peterson*
**Michael Peterson**
United States Public Defender

## CERTIFICATE OF SERVICE

I, Calixtro Villarreal, Jr., attorney for the Defendant in the above and foregoing **Motion for Substitution of Counsel**, do hereby certify that a copy of the same has been forwarded to Mr. Michael Peterson, United States Public Defenders Office, at 201 Monroe St., Ste. 407, Montgomery, Alabama 36104, and Terry F. Moore, Assistant United States Attorney at One Court Square, Suite 201, Montgomery Alabama 36104, on this the __5th__ day of __July__ 2006.

_____
Calixtro Villarreal, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO. 2:06-CR-147-WKW** |
| **RICARDO CAJERO** | § | |

**ORDER ON DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

On this day came to be heard the Motion for Substitution of Counsel of the above reference Defendant and the same is hereby GRANTED_____ /DENIED _____, and Mr. Calixtro Villarreal, Jr. is substituted in place of Mr. Michael Peterson, United States Public Defender.

SIGNED AND ENTERED this the _____ day of _____ 2006 in Montgomery, Alabama.

_____
**UNITED STATES DISTRICT JUDGE**