IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. 2:06-CR-147-WKW |
| | § |
| RICARDO CAJERO | § |

RECEIVED
2006 JUL 10 P 1: 12

## WAIVER OF SPEEDY TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, the Defendant, Ricardo Cajero, pursuant to the provisions of **18 U.S.C. § 3161 Et.Seq.** and states that he has consulted with his attorney of record concerning the provisions of the Federal Speedy Trial Act and is aware of the consequences of waiving his right to discharge under that Act, and wishes to waive his right to discharge under that Act, so that his attorney properly prepare his defense consistent with the requirements of Sixth and Fourteenth Amendments of the United States Constitution.

_____
Ricardo Cajero

Respectfully submitted,

Law Office of Calixtro Villarreal, Jr.
205 West Main Street
Rio Grande City, Texas 78582
Telephone No.: 956/487-3739
Facsimile No.: 956/487-8670

By: _____
Calixtro Villarreal, Jr.
State Bar No.: 20581905

## CERTIFICATE OF SERVICE

I, Calixtro Villarreal, Jr., attorney for the Defendant in the above and foregoing Waiver of Speedy Trial , do hereby certify that a copy of the same has been forwarded to Mr. Michael Peterson, United States Public Defenders Office, at 201 Monroe St., Ste. 407, Montgomery, Alabama 36104, and Terry F. Moore, Assistant United States Attorney at One Court Square, Suite 201, Montgomery Alabama 36104, on this the 17th day of July, 2006.

Calixtro Villarreal, Jr.