IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cr-147-WKW |
| ) | |
| RICARDO CAJERO, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion for Calixtro Villarreal, Jr. to Appear Pro Hac Vice (Doc. # 45) and the Motion for Substitution of Counsel (Doc. # 47) filed on July 10, 2006, it is hereby

ORDERED that the motions be GRANTED.

DONE this 11th day of July, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE