IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr147-WKW |
| | ) | |
| RICARDO CAJERO | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to withdraw as counsel and substitute (Doc. # 37), filed June 29, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot in light of the motion for substitution of counsel (Doc # 47 ) which was granted in the court's order entered July 11, 2006.

DONE, this 12th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE