**COURTROOM DEPUTY'S MINUTES**                    **DATE: July 17, 2006**

**MIDDLE DISTRICT OF ALABAMA**                   **Digital Recording: 3:18 - 3:26**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr147-WKW**          **DEFENDANT(S)   Ricardo Cajero, Louis Hernandez-Arellano, Taramesha Fountain**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Terry Moorer | *  Valerie Smedley(Cajero) | |
| | *  Paul Cooper (No Appearance) (Hernandez- | |
| | *  Arellano) | |
| | *  Dan Hamm (Fountain) | |

❏ **DISCOVERY STATUS:**
    **Complete**

❏ **PENDING MOTION STATUS:**
    **#50 - defendant Hernandez-Arellano's motion to suppress - hearing set 8/29/06**
    **#29 - Government's motion for detention hearing as to defendants Cajero & Hernandez-Arellano**
    **Government to check on detention status and advise the court**

❏ **PLEA STATUS:**
    **Possible plea - Cajero**
    **Trial at this point - Fountain**
    **Plea notice to be filed on or before noon October 4, 2006**

❏ **TRIAL STATUS**
    **Trial time - 3-4 days**

❏ **REMARKS:**
    **Paul Cooper did not appear on behalf of defendant Louis Hernandez-Arellano - court was not advised why prior to pretrial conference**