IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:06-cr-147-WKW |
| ) | |
| RICARDO CAJERO ) | |
| ) | |

<u>ORDER</u>

Upon consideration of the government's motion for release of prisoner (Doc.#75) filed September 25, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of RICARDO CAJERO, to Special Agents Neill Thompson and/or Eddie Spivey, High Intensity Drug Trafficking Area Task Force, on September 26, 2006, through January 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

ORDERED that Agents Neill Thompson and/or Eddie Spivey return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 26th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE