COURTROOM DEPUTY MINUTES  DATE: 10/13/06   FTR RECORDING: 4:23 - 4:39

MIDDLE DISTRICT OF ALABAMA   COURT REPORTER: JIMMY DICKENS

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** *CHARLES S. COODY* | **DEPUTY CLERK:** *WANDA STINSON* |
| **CASE NUMBER:** *2:06CR147-WKW-SRW* | **DEFENDANT NAME:** *RICARDO CAJERO* |
| **AUSA:** *CHRISTOPHER SNYDER* | **DEFENDANT ATTY:** *CALIXTRO VILLARREAL, JR. and VALERIE SMEDLEY* |
| | Type Counsel: ( ) Waived; (√) Retained; ( ) Panel CJA; ( ) CDO |
| **USPO:** | |
| Defendant ___ does  √ does NOT need and interpreter.  Interpreter Name: | |

❏   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏   Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏   **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.

❏   **WAIVER OF INDICTMENT** executed and filed.

❏   **FELONY INFORMATION** filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty  ❏ Nol Contendere  ❏ Not Guilty by reason of insanity

   √ Guilty as to:   √ Count(s) **1** of the **Indictment.**

      ❏ Count(s) **2 & 4**   ❏ dismissed on oral motion of USA;

      √ To be dismissed at sentencing.

√   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏   No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

   ❏ **ORDERED SEALED.**

√   **ORAL ORDER** Adjudicating defendant guilty.

❏   **ORDER:** Defendant Continued under ❏same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; ❏Sentencing on _____; ❏ To be set by Separate Order

√   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Trial on _____; or  √ Sentencing on _____  √ set by separate Order.