IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>TAVARES MABSON )<br>RICARDO CAJERO )<br>LOUIS HERNANDEZ-ARELLANO and ) | CASE NO. 2:06-CR-147-WKW |

## **ORDER**

This case is before the court on the government's Motion to Continue Sentencing Hearing Date (Doc. # 127). It is ORDERED that the motion is GRANTED. The sentencing hearing is continued from January 22, 2007, to March 21, 2007, at 11:00 a.m.

DONE this 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE