IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAR 19 P 3:58

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| VS. | * | DOCKET NO. 2:06cr147-WKW |
| RICARDO CAJERO | * | |
| Defendant. | * | |

## MOTION TO CONTINUE

COMES NOW the defendant, by and through his attorney, and moves this Honorable Court to continue the above-styled cause now set for sentencing on March 20, 2007 at 3:00 p.m. As grounds counsel would show unto the Court the following:

1. That counsel (Calixtro Villarreal) recently received the PSI, to-wit: on or about March 13, 2007.

2. That after a review of the PSI, counsel would like to file an objection to the sentencing range.

3. That counsel would like to order a copy of the transcript from the defendant's plea to support his objection to the sentencing range.

WHEREFORE, the premises considered, counsel for the defendant respectfully request a continuance in the above-styled cause and reschedule the same at the Court's earliest convenience.

Respectfully submitted this ___19th___ day of ___March___, 2007.

_____
VALERIE MURRY SMEDLEY       SME003
Attorney for Defendant Ricardo Cajero

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL  36104
(334) 230-9596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Continue upon the U.S. Attorney's Office, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL  36104, by hand delivering a copy of same on this the ___19th___ day of ___March___, 2007.

VALERIE MURRY SMEDLEY
**Attorney for Defendant Ricardo Cajero**