IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00147-WKW |
| | ) | |
| RICARDO CAJERO | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. # 134), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from March 20, 2007, to **June 1, 2007 at 9:15 a.m.**

DONE this 20th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE